**Electronically Filed
Supreme Court
SCPW-26-0000049
29-JUN-2026
09:52 AM
Dkt. 25 ODDP**

SCPW-26-0000049

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

ULADZIMIR REDZKO, Petitioner,

vs.

THE HONORABLE JEFFREY W. NG,
Judge of the District Family Court of the Third Circuit,
State of Hawai'i, Respondent Judge,

and

TATSIANA REDZKO, Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 3FDV-24-0000547)

ORDER DENYING PETITION
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Soong, assigned by reason of vacancy)

Upon consideration of the petition for writ of mandamus and/or prohibition filed January 22, 2026, the motion for stay filed January 22, 2026, the motion filed March 13, 2026, and the record, Respondent did not buyout Petitioner's share of the Hawai'i properties. It is ordered that the petition and motion for stay are denied as moot.

It is also ordered that the motion filed March 13, 2026, is denied.

DATED:  Honolulu, Hawai'i, June 29, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins



/s/ Lisa M. Ginoza

/s/ Michael K. Soong